## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **DAVID NORBERG, husband and wife, SHELLY NORBERG, husband and wife, and DCN, INC., a Nebraska Corporation,** ) ) ) ) ) | |
| **Plaintiffs,** ) ) | **8:15CV71** |
| V. ) ) | |
| **COTTONWOOD NATURAL RESOURCES, LTD., an Oklahoma Limited Liability Company,** ) ) ) ) | **ORDER** |
| **Defendant.** ) | |

      On March 5, 2015, Plaintiffs filed a "Motion for Enlargement of Time." (Filing 10.) However, the motion is vague as to what the enlargement of time relates to, or what, if any, deadlines need to be extended. The basis for the motion is also unclear.

      Accordingly,

      **IT IS ORDERED** that Plaintiffs' Motion for Enlargement of Time (filing 10) is denied without prejudice to the filing of a new motion identifying the precise relief requested, as well as the grounds for such requested relief.

      **DATED March 9, 2015.**

                                                               **BY THE COURT:**

                                                               **S/ F.A. Gossett**
                                                               **United States Magistrate Judge**