# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **DAVID NORBERG, husband and wife, SHELLY NORBERG, husband and wife, and DCN, INC., a Nebraska Corporation,** | ) ) ) ) ) ) | |
| **Plaintiffs,** | ) ) | **8:15CV71** |
| V. | ) ) ) | **ORDER** |
| **COTTONWOOD NATURAL RESOURCES, LTD., an Oklahoma Limited Liability Company,** | ) ) ) ) | |
| **Defendant.** | ) | |

This matter is before the Court on Elizabeth Price's motion to withdraw as counsel for Defendant.  (Filing 22.)  Upon the representation that Defendant will continue to be represented in this matter, the motion will be granted.

Accordingly,

**IT IS ORDERED:**

1. The Motion to Withdraw of Elizabeth A. Price (filing 22) is granted.

2. The Clerk of Court shall terminate Ms. Price's appearance as counsel for Defendant and terminate future notices to her in this action.

**DATED June 11, 2015.**

**BY THE COURT:**

**S/ F.A. Gossett**
**United States Magistrate Judge**